Hunter Douglas v. City and County of Broomfield Board of Equalization No. 22SC797
Supreme Court of Colorado
November 14, 2022

 ACCEPTED
 C.A.R. 50 TRANSFERS OF JURISDICTION

 As to
 the following issues:

 Whether
 the district court erred in concluding that the COVID-19
 pandemic was not a "detrimental act[] of nature"
 and, therefore, not an "unusual condition"
 requiring revaluation of Taxpayers' commercial real
 property under section 39-1-104(11)(b)(I), C.R.S. 2021.

 Whether
 the district court erred in concluding that
 government-ordered business closures, occupancy limits, and
 other regulatory measures enacted in response to the COVID-19
 pandemic were not "new regulations restricting . . . the
 use of land" and, therefore, not unusual conditions for
 purposes of section 39-1-104(11)(b)(I).

1